# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BRANDON FRITTS                                                                                       PLAINTIFF
ADC #120999

V.                                    NO: 5:10CV00171 SWW/HDY

RAY HOBBS *et al.*                                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for a preliminary injunction (docket entry #3) is DENIED.

DATED this 24th   day of September, 2010.

                                                                    /s/Susan Webber Wright
                                                                    UNITED STATES DISTRICT JUDGE