# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BRANDON FRITTS                                                                                            PLAINTIFF
ADC #120999

V.                                          NO: 5:10CV00171 SWW/HDY

RAY HOBBS *et al.*                                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to voluntarily dismiss his claims against Defendant Bobby Washington (docket entry #35) is GRANTED, Plaintiff's claims against Washington are DISMISSED WITHOUT PREJUDICE, and Washington's name is removed as a party Defendant.

2. Plaintiff's motion for leave to begin discovery (docket entry #35) is GRANTED.

DATED this 9th day of December, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE